(April 1, 1976)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO ROJAS, Appellant.—Judgment, Supreme Court, New York County, rendered on January 17, 1975, unanimously affirmed. Concur—Markewich, J. P., Lupiano, Birns and Capozzoli, JJ.; Murphy, J. concurs on constraint of *People v Esteves* (51 AD2d 900). No opinion.